IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION


UNITED STATES OF AMERICA

                                                                                    PLAINTIFF

v.                              Case No. 4:07CR00251-1 JMM
                                Case No. 4:07CR00317-2 JMM

SCOTTIE LEE COSTNER                                                    DEFENDANT


## **ORDER**

The Defendant appeared before the Court for a preliminary hearing pursuant to Rule 32.1

of the Federal Rules of Criminal Procedure.  He waived his right to a preliminary hearing.  The

Government did not strenuously object to Defendant's release pending his next court appearance.

Therefore, the Court orders Defendant be released pending the hearing under the condition of home

detention.

SO ORDERED this 2nd of May, 2012.

_____
UNITED STATES MAGISTRATE JUDGE