IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS

UNITED STATES OF AMERICA

Vs.                          CASE NO.  4:07cr00251-01  JMM

SCOTTIE LEE COSTNER
USM No. 24818-009

## ORDER

Due to a clerical error, the Judgment for Revocation of Supervised Release entered June 21, 2012 (DE #61) is amended to include TWO (2) years supervised release (to run concurrent to 4:07cr317-02) as stated on record, following the defendant's release from the Bureau of Prisons.

General Conditions of Supervision include:

1) that the defendant must report to the probation office in the district to which the defendant is released within 72 hours of release from the custody of the Bureau of Prisons.
2) The defendant shall not commit another federal, state, or local crime.
3) The defendant shall not unlawfully possess a controlled substance. The defendant shall refrain from any unlawful use of a controlled substance.
4) The defendant shall not possess a firearm, ammunition, destructive device, or any other dangerous weapon.
5) The defendant shall submit to one drug test within 15 days of release from imprisonment and at least two periodic drug tests thereafter, as determined by the court.

Standard Conditions of Supervision include:

1) the defendant shall not leave the judicial district without the permission of the court or probation officer;
2) the defendant shall report to the probation officer in a manner and frequency directed by the court or probation officer;
3) the defendant shall answer truthfully all inquiries by the probation officer and follow the instructions of the probation officer;
4) the defendant shall support his or her dependents and meet other family responsibilities;
5) the defendant shall work regularly at a lawful occupation, unless excused by the probation officer for schooling, training, or other acceptable reasons;
6) the defendant shall notify the probation officer at least ten days prior to any

        change in residence or employment;

7)     the defendant shall refrain from excessive use of alcohol and shall not purchase, possess, use, distribute, or administer any controlled substance or any paraphernalia related to any controlled substances, except as prescribed by a physician;

8)     the defendant shall not frequent places where controlled substances are illegally sold, used, distributed, or administered;

9)     the defendant shall not associate with any persons engaged in criminal activity and shall not associate with any person convicted of a felony, unless granted permission to do so by the probation officer;

10)     the defendant shall permit a probation officer to visit him or her at any time at home or elsewhere and shall permit confiscation of any contraband observed in plain view of the probation officer;

11)     the defendant shall notify the probation officer within seventy-two hours of being arrested or questioned by a law enforcement officer;

12)     the defendant shall not enter into any agreement to act as an informer or a special agent of a law enforcement agency without the permission of the court; and

13)     as directed by the probation officer, the defendant shall notify third parties of risks that may be occasioned by the defendant's criminal record, personal history, or characteristics and shall permit the probation officer to make such notifications and confirm the defendant's compliance with such notification requirement.

Special conditions of supervision remain in effect. These include:

1)     The first six (6) months of supervised release, the defendant shall reside in a residential reentry facility.

2)     The defendant shall participate, under the guidance and supervision of the probation officer, in a substance abuse treatment program which may include testing, outpatient counseling, and residential treatment. Further, the defendant shall abstain from the use of alcohol throughout the course of treatment.

3)     The defendant shall participate in mental health counseling under the guidance and supervision of the U.S. Probation Office.

The Clerk is directed to provide a copy of this order to the United States Probation Office and the United States Marshals Service.

IT IS SO ORDERED this 30th day of October, 2012.

                                                */s/ James M. Moody*
                                        UNITED STATES DISTRICT JUDGE